No. 03–1215. CHRIST'S HOUSEHOLD OF FAITH *v.* ROONEY ET AL. Ct. App. Minn. Certiorari denied.

No. 03–1286. GODWIN, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATES OF GODWIN, ET AL. *v.* HILL ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–1351. BARANSKI *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 03–1356. ZVI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 03–7692. DE MEDEIROS *v.* LEWIS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–8257. ABDUR'RAHMAN *v.* TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 03–8427. SAPP *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 03–8507. MONTALVO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 03–8536. GARCIA-SALDIVAR *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 03–8914. DIAZ *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 03–8980. YOUNG *v.* THOMAS, SHERIFF, HARRIS COUNTY, TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–8981. YOUNG *v.* MILLER ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–8988. KOSTE *v.* DORMIRE, SUPERINTENDENT, MISSOURI STATE PENITENTIARY. C. A. 8th Cir. Certiorari denied.

No. 03–8991. THOMPSON *v.* WHITE, COMMISSIONER, TENNESSEE DEPARTMENT OF CORRECTION, ET AL. C. A. 6th Cir. Certiorari denied.